| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KULDIP SINGH, | | No.  1:24-cv-00533-JLT-BAM |
| | Plaintiff, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS WITH A MODIFICATION, DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS, AND DIRECTING PLAINTIFF TO FILE A LONG FORM IN FORMA PAUPERIS APPLICATION OR PAY THE FILING FEE IN FULL WITHIN THIRTY (30) DAYS |
| v. | | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | Defendant. | |
| | | (Docs. 2, 4) |

Kuldip Singh, proceeding with counsel, commenced this Social Security action on May 6, 2024. (Doc. 1.)  Concurrent with his complaint, Plaintiff also filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)

On May 7, 2024, the assigned magistrate judge issued Findings and Recommendations that recommended Plaintiff's application to proceed without prepayment of fees and costs be denied and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  (Doc. 4.)  The magistrate judge determined that Plaintiff had not made the showing required by section 1915 that he is unable to pay the required fees for this action, noting that Plaintiff's household estimated annual income was $37,584, nearly twice that of the federal poverty guidelines, and there was no indication that Plaintiff was unable to pay the filing fee

1   while also providing for the necessities of life.  (*Id.* at 2.)

2   The Court served the Findings and Recommendations on May 7, 2024, and notified Plaintiff that any objections were due within 14 days.  (Doc. 4 at 2.)  The Court also informed Plaintiff that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 2-3, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis with the following modification.  Because Plaintiff has not yet submitted or been directed to file a long form *in forma pauperis* application, dismissal will be without prejudice to the submission of a long form application if Plaintiff reasonably believes doing so will demonstrate indigency. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 7, 2024 (Doc. 4) are **ADOPTED**.
2. Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) is **DENIED WITHOUT PREJUDICE**.
3. Within 30 days following service of this order, Plaintiff shall either file a long form *in forma pauperis* application **or** pay the $405.00 filing fee in full to proceed with this action.
4. Plaintiff's failure to comply with this order will result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

UNITED STATES DISTRICT JUDGE

2