# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00533-JLT-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 8, 9) |

Plaintiff Kuldip Singh ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security. Plaintiff initiated this action on May 6, 2024, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2.) On May 24, 2024, the district judge issued an order denying Plaintiff's application to proceed without prepayment of fees and costs without prejudice. (Doc. 7.) The district court directed Plaintiff to either file a long form *in forma pauperis* application or pay the $405.00 filing fee in full to proceed with this action. (*Id.*) Plaintiff submitted a Long Form application on June 24, 2024. (Doc. 8.)

On June 25, 2024, upon consideration of Plaintiff's long form application, the Court issued findings and recommendations that Plaintiff's application for leave to proceed *in forma pauperis* be denied, and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. (Doc. 9.) Following issuance of the findings and recommendations, Plaintiff

1

paid the $405.00 filing fee in full.

Accordingly, the findings and recommendations issued on June 25, 2024 (Doc. 9), are HEREBY VACATED, and Plaintiff's pending application to proceed *in forma pauperis* (Doc. 8) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **July 10, 2024**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE