JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kuldip Singh,<br><br>    Plaintiff,<br><br>  vs.<br><br>Martin O'Malley, Commissioner of Social Security[1],<br><br>    Defendant. | Case No. 1:24-cv-00533-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from September 30, 2024 to November 14, 2024, for Plaintiff to serve on defendant with

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff's Counsel respectfully states that the extension request was drafted well in advance of the due date of September 30, 2024. Plaintiff's Counsel inadvertently marked his calendar that the extension had been filed but it was only drafted and saved in the case management system.  As a result of this error, the Motion for Summary Judgment extension request was not filed in a timely manner.  Nevertheless, Plaintiff's Counsel has prepared the brief for filing today. The Plaintiff's Motion for Summary for Summary Judgment will be filed concurrently.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 14, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: November 14, 2024    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  *\*/s/ Justin Lane Martin*
Justin Lane Martin

2

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on November 14, 2024)

# ORDER

On November 14, 2024, Plaintiff filed the instant stipulation requesting an extension from September 30, 2024 to file a motion for summary judgment, as well as Plaintiff's motion for summary judgment. (Docs. 16-18.) Plaintiff indicates that the extension was not filed sooner due to a filing error. (Doc. 16 at 2.)

Pursuant to stipulation and good cause appearing, Plaintiff shall have a 45-day extension of time, from September 30, 2024 to **November 14, 2024** to file and serve Plaintiff's motion for summary judgment. The remaining dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **November 15, 2024**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE