PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JACOB PHILLIPS, WA Bar No. 43902
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: 206-61502274
      E-Mail: jacob.phillips@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDIP SINGH,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00533-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (42) days from December 16, 2024, up to and including January 27, 2024. This is the Defendant's first request for an extension. Plaintiff was previously granted a *nunc pro tunc* 45-day extension.

    Defendant requests this extension because I, undersigned defense counsel, do not anticipate I will have sufficient time to consider the 1,400+ administrative and Plaintiff's brief for potential settlement, or prepare a response. This case was reassigned to me on Friday, December 6, 2024. When this case was assigned, I had seven other Social Security briefing deadlines in December and three briefs due on or before the filing deadline in this matter, though

I have since received an extension in one of those matters. So far this week, I have completed and filed a brief in one Social Security matter that involved complicated issues and a record of more than 3,000 pages, and I have begun preparing a settlement memorandum in another Social Security matter. Additionally, I will be on planned leave to visit my family on the east coast and will be out of the office on December 13, and December 16, 2024. Given my circumstances, I have not had time, and do not anticipate I will have time, to adequately review and prepare a brief in this matter.

I typically do not request briefing extensions of longer than four weeks in my Social Security cases. However, I am taking leave in at the beginning of the new year, which will impact my efficiency in addressing my January deadlines. I will be out of the country beginning December 31st, and will be on planned, extended leave from January 2nd through January 12th, 2025. Moreover, I have briefing deadlines in four other Social Security matters when I return from leave, with two briefs due January 17th, another due January 21st, and another due January 24th. In light of my schedule and existing deadlines, I respectfully request a 42-day extension in this matter, to January 27, 2025.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

I reached out to opposing counsel on December 10, 2024, regarding this extension and received notice from counsel on December 12, 2024, that he has no objection to the proposed extension.

Respectfully submitted,

Dated:  December 12, 2024     /s/  *Jonathan Pena**
(*as authorized via e-mail on 12/12/2024)
Jonathan Pena
Attorney for Plaintiff

Dated: December 12, 2024     PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/  *Jacob Phillips*
JACOB PHILLIPS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **January 27, 2025**, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **December 13, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE